# Change of address

IH-34  Rev:2014-1

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Delois Blakely vs Board of Education
(List the full name(s) of the plaintiff(s)/petitioner(s).)

02 cv 1689 (___)(___)

-against-

NOTICE OF CHANGE OF ADDRESS

_____
(List the full name(s) of the defendant(s)/respondent(s).)

I hereby notify the Court that my address has changed to the following:

Solomon Bryant
Name (Last, First, MI)

1305 Amsterdam Ave  NY  NY  10027
Address              City  State  Zip Code

1917-511-5327
Telephone Number                    E-mail Address (if available)

6/9/14                              Solomon Bryant
Date                                Signature



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2014