| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: _6_/11/14_ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

_02_ Civ._1689_ (    )

Plaintiff,

*Solomon Bryund*

- against -

*New york City Department of Education*

Defendant.

**ORDER TO SHOW CAUSE
FOR PRELIMINARY INJUNCTION
AND TEMPORARY RESTRAINING
ORDER**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the affidavits of _Solomon Bryund_, sworn to

the _19_ day of _June_, _14_, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant show cause before a motion term of

this Court, at Room _____, United States Courthouse, 500 Pearl Street, in the City, County and

State of New York, on _____ ____, _____, at _____ o'clock in the _____noon

thereof, or as soon thereafter as counsel may be heard, why an order should not be issued

pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the

pendency of this action from _____

_____

_____

_____; and it is further

ORDERED that, sufficient reason having been shown therefor, pending the

hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P.,

the defendant is temporarily restrained and enjoined from _____

_____

_____

_____

_____; and it is further

ORDERED that security in the amount of $_____ be posted by the

plaintiff prior to _____ ____, _____, at _____ o'clock in the _____noon of that

day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit

upon the defendant or his counsel on or before _____ o'clock in the _____noon, _____

_____ ____, _____, shall be deemed good and sufficient service thereof.


DATED:   New York, New York

ISSUED:   _____M


_____

United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Solomon Bryant_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

- against -

_New york Department of Education_

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

**AFFIRMATION**

_02_ Civ. _1689_ ( )( )

I, _Solomon Bryant_, as plaintiff in the above entitled action, respectfully move this Court to order defendant(s) to show cause why they should not be enjoined from/to ___ _dealing with the case plaintiffes from the_ until a final disposition on the merits in the above entitled action. _Deapatment of Education_

Unless this order is issued, I will suffer immediate and irreparable injury, loss and damage in that _that Am afavid that the case would be dopped all evidence that i have would be for noting_ . As can be seen from the foregoing, I have no adequate remedy at law.  No prior request has been made for the relief requested herein.

WHEREFORE, I respectfully request that the court grant the within relief as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: _June_ _11_, 20_14_

_New york_ , _NY_
(town/city)      (state)

_Solomon Bryant_
Signature

_1305 Amsterdam Ave_
Address

_NY NY_
City, State

_10027_
Zip Code

_1917-531-5327_
Telephone or Cell phone number

*Rev. 05/2010*

1